## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ALANA CRAWFORD, as Special Administrator of the Estate of DEAN STITH, Deceased,          Plaintiff, <br><br> v. <br><br> (1) TURN KEY HEALTH CLINICS, LLC, <br> (2) VIC REGALADO, in his official capacity, <br> (3) SARAH LEWIS, LPN, <br> (4) RHONDA HILGER, APRN, <br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 24-CV-6-JDR-SH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND**

**BETWEEN** Plaintiff and Defendants that Plaintiff's claims against Defendants are dismissed

without prejudice. Each of these parties to bear their own costs and attorney's fees.

Approved and signed by:

/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

*Attorneys for Plaintiff*

s/ Keith A. Wilkes
Keith A. Wilkes, OBA #16750
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
521 East 2nd Street, Suite 1200
Tulsa, Oklahoma 74120
T. 918-594-07090
F. 918-594-0505
kwilkes@hallestill.com

*ATTORNEYS FOR DEFENDANT*
*SHERIFF REGALADO*

/s/ Rebecca S. Woodward
Jo Lynn Jeter, OBA #20252
W. Caleb Jones, OBA #33541
Rebecca S. Woodward, OBA # 8070

NORMAN WOHLGEMUTH, LLP
401 S. Boston Ave., Suite 3200
Tulsa, OK 74103
Telephone: (918)583-7571
Facsimile: (918)584-7846
jjeter@nwlawok.com
rwoodward@nwlawok.com
danderson@nwlawok.com

*Attorneys for Defendants Turn Key Health
Clinics, LLC, Sarah Lewis and Rhonda Hilger*